IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00150-EWN-MEH

MODIS, INC.,

    Plaintiff,

v.

NASH NELSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2008.**

    The Unopposed Motion to Withdraw as Counsel for Defendant [filed May 27, 2008; doc #23] is **granted**. Mr. Gutierrez' and Mr. Wiletsky's representation of Defendant is hereby terminated.