IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08-cv-00150-EWN-MEH

MODIS, INC.

    Plaintiff,

v.

NASH NELSON,

    Defendant.

## CONSENT PERMANENT INJUNCTION

    This matter having come before the Court on Plaintiff Modis, Inc.'s ("Modis") and Defendant Nash Nelson's ("Nelson") Stipulated Motion For Entry Of Consent Permanent Injunction ("Consent Injunction"), and the Court finding good cause existing therefore;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED a permanent injunction is issued in favor of Modis and against Nelson as follows:

    1    Nelson is permanently restrained and enjoined for a period of one (1) year from entry of this Consent Permanent Injunction ("Consent Injunction") from, directly or indirectly, either on his own behalf or through another person, partnership, company, corporation, or other entity, engaging in or assisting others in engaging in any of the activities described in paragraphs 13(a) (c) of his Modis Employment Agreement, attached hereto as Exhibit A, within the 50-mile radius of Modis' Colorado office located at 8400 East Prentice Avenue, Suite 535, Greenwood Village, CO 80111.

2. Nelson shall also abide by the non-disclosure and confidentiality covenants contained in paragraphs 9 and 10 of Exhibit A. Further, Nelson shall, within 72 hours of entry of the Consent Injunction, return to Modis any of Modis' property, documents or confidential or proprietary or trade secret materials in his possession, and he shall not use, disclose, misappropriate or convert any of Modis' confidential or proprietary information or trade secrets.

3. Within 72 hours of signing this Consent Injunction, Nelson shall disclose under oath in writing to Modis that he has returned to Modis all of Modis' property, documents or confidential or proprietary or trade secret materials in his possession, custody or control or, if he no longer has those materials, specify what happened to them and certify that all such materials have been permanently destroyed with no copies retained.

4. Within 72 hours of signing this Consent Injunction, Nelson shall also disclose under oath in writing to Modis any and all information technology (IT) staffing placements that he made through or on behalf of ConsultNet, LLC ("ConsultNet"), and also disclose to Modis whether he conveyed or transferred any Modis information or documents to ConsultNet and, if so, identify to Modis any such information or documents conveyed or transferred.

5. Nelson's obligation to Modis pursuant to this Consent Injunction shall specifically prohibit Nelson from engaging in any activities which would circumvent his obligations and the terms of this Consent Injunction.

6. Each party is to bear its or his own cost and attorneys' fees incurred in this action through the date of entry of this Consent Injunction.

7. As this is a Consent Injunction, no bond is required.

8. As this Consent Injunction concludes all claims in this action, this action is dismissed with the Court retaining jurisdiction to enforce the terms of this Consent Injunction. Agreed:

_____  Date: 7/29/08
Nash Nelson, *Pro Se* Defendant

Date: 7/31/08

_____
Counsel for Modis, Inc.:
e, (.

SO ENTERED on this 4th day of August, 2008.

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE